Case: 1:21-cv-00674 Document #: 1 Filed: 02/04/21 Page 1 of 9 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

21-cv-00674
Judge Matthew F. Kennelly
Magistrate Judge Heather K. McShain

RECEIVED
2/4/2021 KL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Patricia A. Breckenridge
Pro se Litigant
Plaintiff

RECEIVED 2021 FEB -4 AM 10:19
CLERK U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

v.

Roger Goodell
NFL Commissioner
Defendant

RE: 42 U.S.C. 1982 Violation

TRO and Preliminary Injunction for Super Bowl LV on Saturday, February 6, 2021
Violation of 14th Amendment Rights

## COMPLAINT

Comes now, Patricia A Breckenridge, Plaintiff, and files this complaint against Roger Goodell and for cause would show as follows:

1. Plaintiff is an adult resident of Chicago, IL, Cook County.

2. Defendant is Roger Goodell of New York, NY, Richmond County and may be served with process of this Court by personal service at 345 Park Ave, New York, NY 10154

3. On or about February 4, 2021 the defendant will be served with a TRO or Preliminary Injunction to stop Super Bowl LV until Cleveland Browns are placed in the Super Bowl LV competition or NFL Commissioner or League will be sued for the amount of $10m. This amount is to compensate Cleveland Browns for their rightful place in the Super Bowl LV. Ring worth 65m, pain and suffering.

4. The actions of the defendant, Roger Goodell, have been litigated in the past and the Commissioner was sued for $218,000 in 2018, however the Commissioner continues to breach his NFL contract for helmet to helmet collision that could cause serious injury or death.

5. Plaintiff has suffered harm by her relative not being allowed to play Super Bowl LV and gain the honor of Super Bowl champs. Plaintiff's father's lineage is very dear to her as he passed in 2008.

6. Plaintiff will show actions of the defendant are malicious, intentional, willful, and reckless disregard of the rights of plaintiff and relatives.

7. Plaintiff will show the willful and intentional acts of Roger Goodell constitute a Judgement against the defendant for compensatory and punitive damages.

WHEREFORE, Plaintiff brings this action against Roger Goodell and demands judgement in the sum of $10,000,000 for compensatory and punitive damages.

Submitted by:
Patricia A. Breckenridge
*Patricia A Breckenridge* 2/4/21
Pro se Litigant
1(773-332-2521

Exhibit 1
Exhibit 2
NFL Violation of Rule 12 Section 2 Article 8
Exhibit 3

9:00

🔒 ...tballdatabase.fandom.com

Exhibit 2



# Helmet-to-helmet collision

✏️ EDIT PAGE



For football head to head contact is smashing between the helmets of two players with a high degree of force. Such collisions are hazardous due to the high risk of injury they present, and intentionally causing them is banned in most leagues. Possible injuries include concussions, spinal cord injuries, and even death. Helmet manufacturers are given the responsibility to make helmets as best as possible to protect against injuries from such collisions.[1]

Major football leagues such as the NFL and NCAA have taken a tougher stance on helmet-to-helmet collisions since US Congress has launched an investigation into the effects of repeated concussions typically suffered by football players.[2]

9:39

Exhibit 3

 google.com

How much money does a Super Bowl player make?

How much is the Super Bowl ring worth?

Each set of Super Bowl rings is valued at roughly **$5 million**, though the team's preferred design factors into the final cost. Jan 23, 2020

www.foxbusiness.com › luxury › su...

**Super Bowl rings: Fun facts on cost, history and more | Fox Business**

More results

How much do NFL players get paid for Super Bowl?

After Super Bowl 54 between the 49ers and Chiefs, members of the winning team each will be paid $124,000. Members of the losing team each will be paid $62,000. Including the entire postseason run, members of the winning team each will make **$211,000**.

 Sporting News › nfl › how-much-d...

How much do NFL players make for

18

## Share your petition

Successful petition starters share their petition about 12 times. Try to share on as many different platforms as you can, and be sure to ask others to sign and share your petition to build momentum!

http://chng.it/gV8NSMfp  Copy

Edit your link to make it easier to share



## Recent Supporters

**Tonya Brown** signed 2 weeks ago

**Lyesha Gaines** signed 2 weeks ago

**Titina Thomas** signed 2 weeks ago

**Patricia Breckenridge** signed 2 weeks ago

8:46

 **YAHOO MAIL**      now

**Apple Deals**
**Claim your iPhone 11 Pro**
iPhone 11 Pro
Congratulations! An iPhone...



petition to build momentum!

http://chng.it/gV8NSMfp    🔗 Copy

Edit your link to make it easier to share



### Recent Supporters

 **Chavis Cole** signed 2 weeks ago

 **Andy Dalton** signed 2 weeks ago

 **Cessler Davis** signed 2 weeks ago

 **Gabriela Mitchell** signed 2 weeks ago

8:46

 YAHOO MAIL     now

## Citizens Gold Trust IRA/401(k) Rollover t



many different platforms as you can, and be sure to ask others to sign and share your petition to build momentum!

http://chng.it/gV8NSMfp     Copy

_Edit your link_ to make it easier to share



### Recent Supporters



**Paulette Hammell** signed 5 days ago



**Emil Myhre** signed 1 week ago



**Martin Haugerud** signed 1 week ago



**Bob Levy** signed 2 weeks ago

8:46

## Share your petition

Successful petition starters share their petition about 12 times. Try to share on as many different platforms as you can, and be sure to ask others to sign and share your petition to build momentum!

http://chng.it/gV8NSMfp  Copy

Edit your link to make it easier to share



### Recent Supporters



**Sivi Wills** signed 3 days ago



**Jean KONGNE** signed 4 days ago



**Leethaniel Brumfield Jr.** signed 5 days ago



**Porter Kevin** signed 5 days ago

8:32

change.org 

# 32

Supporters

Only **68 more** supporters to the next goal!

**3,698** Views     **106** Shares

### Share your petition

Successful petition starters share their petition about 12 times. Try to share on as many different platforms as you can, and be sure to ask others to sign and share your petition to build momentum!

http://chng.it/gV8NSMfp     Copy

Exhibit 1

