## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Patricia A. Breckenridge,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 21 C 674<br>) |
| Roger Goodell,<br>　　　　Defendant. | ) Judge: Kennelly<br>)<br>) |

## ORDER

Plaintiff's motion to proceed in forma pauperis [5] is granted. The Court has reviewed the complaint under 28 USC § 1915(e)(2) to determine if it is frivolous or fails to state a claim upon which relief may be granted. Plaintiff sued (just before the date of this year's NFL Super Bowl) for an injunction requiring the NFL's commissioner to place the Cleveland Browns in the Super Bowl. The claim has no basis and is frivolous. Plaintiff also makes reference to a relative's football-related injuries, but plaintiff herself alleges no injuries, and she lacks standing to sue for harm to someone else. The Clerk is directed to enter judgment dismissing the case with prejudice. Plaintiff's motion for attorney representation [4] is terminated as moot.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 3/10/2021