FILED
4/7/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CL

US DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
219 S Dearborn. 20th Flr.
Chicago, IL. 60604

Dismissed Case # 1:21-cv-00674
Patricia Ann Breckenridge, Appellant, Plaintiff
Roger Goodell, NFL Commissioner, Appellee, Defendant
Wednesday, April 7, 2021

Motion to appeal dismissal to a higher court Appellant 7th Circuit for Temporary Restraining Order(TRO)/Preliminary Injunction and sue of Roger Goodell for wrongful elimination of NFL Super Bowl LV playoff team Cleveland Browns by Kansas City Chiefs' Chronic Traumatic Encephalopathy (CTE) Helmet to Helmet Collision charge launching from hind feet into Cleveland Browns' 82 by 49 of Kansas City Chiefs. Appellant requests a hearing to sue NFL, NFLPA, and all involved in this critical decision-making for her father's great-grand nephew's of Cleveland Browns wrongful elimination from All-American Super Bowl LV playoffs and possible NFL Super Bowl LV championship.

*Patricia A. Breckenridge* (signature)

Patricia A. Breckenridge
Pro se Litigant 99500
Appellant